IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WILLIAM COVERT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>D. GRAHAM, et al.,<br><br>　　　　Defendants.<br>_____ / | No. C 06-06626 SBA (PR)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT** |

　　Before the Court is Plaintiff's request for leave to file an amended complaint.

　　A plaintiff may amend his complaint once as a matter of course at any time before a responsive pleading is served. See Fed. R. Civ. P. 15(a). Where a plaintiff seeks to amend after a responsive pleading has already been served, however, the decision whether to grant leave to amend is committed to the sound discretion of the trial court. Waits v. Weller, 653 F.2d 1288, 1290 (9th Cir. 1981). Federal Rule of Civil Procedure 15(a) is to be applied liberally in favor of amendments and, in general, leave shall be freely given when justice so requires. Janicki Logging Co. v. Mateer, 42 F.3d 561, 566 (9th Cir. 1994).

　　The Court notes that the defendants in this action have not been served at this time. Plaintiff may as a matter of course amend his complaint because a responsive pleading has not yet been served. See Fed. R. Civ. P. 15(a). Accordingly, Plaintiff's motion for leave to file an amended complaint is GRANTED.

　　Plaintiff shall file his amended complaint no later than **fourteen (14) days** from the date of this Order. If Plaintiff fails to file a timely amended complaint, then the Court will treat his original complaint as the operative complaint in this action.

　　This Order terminates Docket no. 12.

　　IT IS SO ORDERED.

DATED: 7/17/09

　　　　　　　　　　　　　　　　　　　　　　　　Saundra B. Armstrong
　　　　　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

P:\PRO-SE\SBA\CR.06\Covert0626.grantAMEND.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WILLIAM COVERT,<br><br>        Plaintiff,<br><br>  v.<br><br>D. GRAHAM et al,<br><br>        Defendant.<br>_____/ | Case Number: CV06-06626 SBA(PR)<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 20, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James W. Covert D-86333
Pleasant Valley State Prison
P.O. Box 8503
Coalinga, CA 93210

Dated: July 20, 2009

                                        Richard W. Wieking, Clerk
                                        By: Jessie Mosley, Deputy Clerk