IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JAMES W. COVERT,<br><br>Plaintiff,<br><br>v.<br><br>D. GRAHAM, et al.,<br><br>Defendants. | Case No. C 06-6626 SBA<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO CHANGE TIME TO FILE A DISPOSITIVE MOTION** |

Defendants Graham and Harrison have moved for a forty-five-day extension, up to and including June 11, 2012, in which to file a dispositive motion. The Court has read and considered Defendants' motion to change time and the accompanying declaration of counsel and, good cause appearing.

IT IS ORDERED that Defendants' requested extension of time is GRANTED. The time in which Defendants may file a dispositive motion is extended up to and including June 11, 2012.

//

//

1

1  Plaintiff shall file an opposition within thirty days of the filing of Defendants' motion.

2  Defendants may thereafter file a reply to Plaintiff's opposition within fifteen days of the receipt

3  and filing of the opposition by the Court.

4

5  Dated: _4/23/12                    _____
                                      THE HONORABLE SAUNDRA B. ARMSTRONG
6                                     United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

[Proposed] Order Granting Defs.' Mot. to Change Time to File Dispositive Mot. (C 06-6626 SBA)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JAMES WILLIAM COVERT,

      Plaintiff,

 v.

D. GRAHAM et al,

      Defendant.
_____/

Case Number: CV06-06626 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 24, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James W. Covert D-86333
High Desert State Prison
P.O. Box 3030
Susanville, CA 96127

Dated: April 24, 2012

                Richard W. Wieking, Clerk
                By: Lisa Clark, Deputy Clerk

3