LAW OFFICE OF CHRISTINE BRADY
Christine Brady, State Bar No. 276284
1500 20th Street
San Francisco, CA   94107
Telephone:  (408) 375-0587
Facsimile:  (415) 920-0427
*Attorney for Plaintiff*
*James William Covert*

KAMALA D. HARRIS
Attorney General of California
DAMON G. MCCLAIN
Supervising Deputy Attorney General
KYLE A. LEWIS
Deputy Attorney General
State Bar No. 201041
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5500
 Fax:  (415) 703-5843
 E-mail:  Kyle.Lewis@doj.ca.gov
*Attorneys for Defendants*
*Graham and Harrison*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **JAMES W. COVERT,**<br><br>Plaintiff,<br><br>v.<br><br>**D. GRAHAM, et al.,**<br><br>Defendants. | C 06-6626 SBA<br><br>**STIPULATION AND  ORDER CHANGING TIME TO FILE DEFENDANTS' REPLY SUPPORTING MOTION TO DISMISS**<br><br>Judge: The Honorable Saundra B. Armstrong<br>Action Filed: October 24, 2006 |

Under Civil L.R. 6-2, Plaintiff James William Covert and Defendants Graham and Harrison, by and through their respective counsel of record, stipulate to changing time so that Defendants' reply in support of their Motion to Dismiss, currently due on September 25, 2012, may now be filed by October 3, 2012.

1

**I.     REASONS FOR ENLARGEMENT OF TIME.**

Defendants seek additional time to prepare their reply in support of their motion to dismiss because Defendants' counsel has various matters in other litigation due at the same time as the reply brief. Specifically, counsel is preparing responses to three sets of discovery, responses to meet-and-confer correspondence, and a motion for summary judgment in *Gonzalez v. Zika*, No. 11-cv-5561 CW (N.D. Cal.), all due on September 24, 2012. Counsel is also preparing discovery responses that are due during the week of September 24, 2012, in *Munoz v. Tilton*, No. C 07-3846 EJD (N.D. Cal.), and being provided in advance of an alternative dispute resolution teleconference. Because these activities prevent Defendants' counsel from fully assessing Plaintiff's opposition and further addressing this matter's complex exhaustion issues under the current schedule, Defendants' counsel seeks additional time to prepare the reply brief. Plaintiff's counsel does not object to the enlargement of time.

**II.    PREVIOUS TIME MODIFICATIONS.**

On December 11, 2009, Defendants filed a request for a three-day extension of time to file a dispositive motion. (Court Docket No. 23.) The Court granted Defendants' request on December 21, 2009. (Court Docket No. 30.) On April 16, 2012, Defendants filed a motion to change time to file a dispositive motion, requesting to extend the filing deadline by forty-five days. (Court Docket No. 45.) The Court granted Defendants' motion on April 24, 2012. (Court Docket No. 48.)

On July 3, 2012, Plaintiff moved to enlarge time to oppose Defendants' motion to dismiss by thirty days. (Court Docket No. 54.) The Court granted Plaintiff's motion on July 18, 2012. (Court Docket No. 57.)

//

//

2

Stip. & [Proposed] Order Changing Time File Defs.' Reply Mot. Dismiss  (C 06-6626 SBA)

III. **EFFECT THE REQUESTED TIME MODIFICATION WILL HAVE ON THE SCHEDULE.**

Besides the dispositive motion briefing dates, the Court has set no deadlines in this matter and no hearing on Defendants' motion to dismiss is scheduled. Other than extending the date that Defendants' reply brief is due, the parties' stipulation will have no impact on the schedule in this matter.

IV. **AUTHORIZATION FOR ELECTRONIC SIGNATURES AND ATTESTATION.**

The parties stipulate that electronic signatures may be used in lieu of physical signatures on this agreement. Under Civil L.R. 5-1(i)(3), Defendants' counsel attests that Plaintiff's counsel concurs in the content and filing of this stipulation and proposed order.

Dated: September 19, 2012

By /s/ Christine Brady

Christine Brady
Attorney for Plaintiff James William Covert

Dated: September 19, 2012

By /s/ Kyle A. Lewis

Kyle A. Lewis
Attorney for Defendants Graham and Harrison

PURSUANT TO STIPULATION, IT IS SO ORDERED.

9/21/12
Date

_____
THE HONORABLE SAUNDRA B. ARMSTRONG
United States District Judge

SF2009202463
20638241.doc

3

Stip. & [Proposed] Order Changing Time File Defs.' Reply Mot. Dismiss  (C 06-6626 SBA)